**Certification Pursuant to Federal Securities Laws**

1. I, Martin Schlaegel, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Palo Alto Networks, Inc. ("Palo Alto" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Palo Alto Networks, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Palo Alto Networks, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit 1 is a list of all of my transactions in Palo Alto Networks, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02 / 26 / 2024

*Martin Schlaegel*

Martin Schlaegel

# Exhibit 1

Doc ID: 00dd9d9a87ddf9693286d43f24b346caf61149be

**Class Period Common Stock Transactions**

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 11/8/23 | Bought | 300 | $241.08 |
| 11/8/23 | Sold | -300 | $242.00 |
| 11/13/23 | Bought | 500 | $255.00 |
| 11/13/23 | Sold | -500 | $255.00 |
| 11/13/23 | Bought | 500 | $255.60 |
| 11/15/23 | Sold | -500 | $256.40 |
| 2/14/24 | Bought | 1,000 | $368.63 |

Doc ID: 00dd9d9a87ddf9693286d43f24b346caf61149be