UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA AFSHANI SCHWARZ,<br><br>   Plaintiff,<br><br> v.<br><br>PALO ALTO NETWORKS, INC., et al.,<br><br>   Defendants. | Case No. 24-cv-02492-RS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the case is related to *Schlaegel v. Palo Alto Networks, Inc.,* et al, No. 3:24-cv-01156-CRB (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: June 17, 2024

_____
RICHARD SEEBORG
Chief United States District Judge