IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PALO ALTO NETWORKS, INC. SECURITIES LITIGATION | Lead Case No.  24-cv-01156-CRB |
| This Document relates to: | **JUDGMENT** |
| ALL ACTIONS | |

The Court, having dismissed Plaintiffs' claims with prejudice, hereby enters judgment for Defendants and against Plaintiffs on all counts.

**IT IS SO ORDERED.**

Dated: August 19, 2025

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California